# United States Court of Appeals
## For the First Circuit

No. 17-2136

UNITED STATES OF AMERICA,

Appellee,

v.

DANNY VELOZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on January 24, 2020, is amended as follows:

On page 31, line 6, the phrase "from Luis Reynoso's, a coconspirator, apartment" should read "from the apartment of Luis Reynoso, a coconspirator;"

On page 31, line 10, the phrase "on Jose Guzman's, a coconspirator, phone" should read "on the phone of Jose Guzman, a coconspirator,"